JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDGET BLINDS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAMELYN R. SMITH, an individual; and Does 1 through 10, Inclusive,<br><br>　　　　Defendant. | Case No. SACV14-00356-JLS (JPRx)<br><br>**JUDGMENT FOR INJUNCTION**<br><br>Honorable Josephine L. Staton<br><br>DATE OF COMPLAINT: March 10, 2014 |

In the above entitled action, Plaintiff Budget Blinds, Inc. ("BBI") and Defendant Pamelyn R. Smith have entered into a Stipulation for Entry of Judgment for Injunction ("Stipulation") to enter a Judgment for Injunction ("Judgment") barring certain actions of Pamelyn R. Smith, individually and dba Blind & Shutter Lady, and her employees; agents; servants; independent contractors working on her behalf, working in concert with her, or working at her direction; or others acting on her behalf, in concert with her, or at her direction (collectively "Smith") and to execute such other documents and perform such other actions as are necessary to cause the Court to enter judgment in accordance with the Stipulation and for good cause appearing,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

I. **Compliance with the Non-Competition Provision of the Settlement Agreement**

A.   Smith shall not, directly or indirectly, own, maintain, operate, engage in, or have any financial or beneficial interest in (including any interest in corporations, partnerships, trusts, unincorporated associations, or joint ventures), advise, assist, or make loans to, any competitor,[1] including without limitation Blind & Shutter Lady, that specializes, in whole or in part, in the retail, installation, or service of window coverings, including but not limited to, mini blinds, wood blinds, vertical blinds, draperies, pleated shades, duettes, and silhouettes, within the following zip codes in Tennessee:  37027, 37086, 37135, and 37167 (the "Territory") or within the territory of any Tennessee BBI franchisee in existence or under development on January 15, 2014, including BBI franchisees in the following Tennessee zip codes: 37027, 37086, 37135, 37167, 37010, 37015, 37032, 37035, 37048, 37049, 37070, 37072, 37073, 37080, 37141, 37146, 37152, 37172, 37188, 37040, 37041, 37042, 37043, 37022, 37031, 37057, 37066, 37074, 37075, 37077, 37151, 37012, 37016, 37030, 37059, 37087, 37090, 37095, 37118, 37122, 37166, 37184, 38544, 38545, 38547, 38548, 38552, 38560, 38563, 38567, 38569, 38582, 38587, 37204, 37205, 37211, 37212, 37215, 37220, 37222, 37240, 37085, 37127, 37128, 37129, 37130, 37132, 37149, 37014, 37046, 37060, 37064, 37065, 37067, 37068, 37069, 37153, 37174, 37179, 37221, 37343, 37350, 37351, 37354, 37385, 37405, 37615, 37617, 37701, 37705, 37710, 37716, 37721, 37754, 37763, 37764, 37769, 37770, 37771, 37772, 37774, 37829, 37830, 37840, 37846, 37849, 37876, 37878, 37882, 37885, 37886, 37887, 37902, 37302, 37934, 37938, 38002, 38004, 38049, 38053, 38057, 37341, 38111, 38117, 37363, 37377, 37379, 37409, 37411, 37412, 37415, 37416, 37419, 37421, 37660, 37663, 37664, 37665, 37686, 37723,

---

[1] A "competitor" is defined as a business that derives 20% or more of its gross revenues from the direct or indirect retail sale of window coverings or other products similar to those sold by BBI and its franchisees.

37725, 37737, 37742, 37748, 37777, 37801, 37803, 37804, 37806, 37853, 37854, 37862, 37863, 37865, 37871, 37874, 37909, 37912, 37914, 37915, 37916, 37917, 37918, 37919, 37920, 37921, 37922, 37923, 37924, 37931, 37932, 38011, 38016, 38017, 38018, 38028, 38058, 38059, 38066, 38068, 38076, 38555, 38558, 38120, 38128, 38133, 38134, 38135, 38138, 38139, 38571, 38060, and 38572, for twelve (12) continuously uninterrupted months (beginning on the date the Agreement and Stipulation are executed by all Parties).

    B.    Smith shall not divert, or attempt to divert, any business or customer of BBI to any competitor, by direct or indirect inducement or otherwise, or do or perform, directly or indirectly, any other act injurious or prejudicial to the goodwill associated with BBI for twelve (12) continuously uninterrupted months (beginning on the date the Agreement and Stipulation are executed by all Parties).

    C.    Smith shall cancel all sales, installation, or service of window coverings, including but not limited to, mini blinds, wood blinds, vertical blinds, draperies, pleated shades, duettes, and silhouettes that are in progress or pending in the restricted zip codes identified in section (I)(A) above, except for one closed sale to Rodney Turner in zip code 37027 on Old Hickory Boulevard for Norman Shutters, Graber Direct Blinds and Elite Window Shades.

**II.**    **Compliance with the Post-Expiration Terms of the License Agreement**

    A.    Smith shall refrain from stating or implying that Smith sells the same products and warranty as BBI or its franchisees and licensees.

    B.    Certain covenants of the License Agreement which, by their terms, permit or require performance by the Parties after expiration of the License Agreement, shall remain enforceable by BBI, notwithstanding the expiration of the License Agreement. Specifically and without limitation, Smith's obligations under Articles XI and XII, XIII, XIV, and section 8.06(a) of the License Agreement, but excluding sections 8.09(c)(i) and 8.09(c)(iii) of the License Agreement, survive and may be enforced by BBI, notwithstanding the expiration of the License Agreement

and the releases contained in the Agreement. Smith shall comply with all post-expiration obligations in the License Agreement, including, without limitation Articles XI and XII, XIII, XIV, and section 8.06(a) of the License Agreement, but excluding sections 8.09(c)(i) and 8.09(c)(iii) of the License Agreement.

  C. Smith shall refrain from doing anything which would indicate that Smith is or ever was an authorized licensee including indicating, directly or indirectly, that Smith was licensed to use BBI's service marks or any other distinctive system features of BBI or that Smith at any time operated under any name, word or mark associated or affiliated with BBI. However, if directly asked whether she was a BBI licensed franchisee, if required by law to disclose her relationship with BBI, or if required to sign documents under penalty of perjury to disclose her relationship with BBI, she may answer truthfully.

### III. Fees and Costs

If any Party commences litigation or seeks the Court's intervention to interpret or enforce the terms of the Agreement or Judgment, the prevailing party or parties in such action shall be entitled to recover costs and attorneys' fees incurred in such an action. The Parties, however, shall otherwise bear their own attorneys' fees and costs incurred in the Action.

### IV. Retention of Jurisdiction

This Court shall retain jurisdiction of this Action for the purpose of enabling the Parties to apply to the Court at any time for such further orders and directives as may be necessary or appropriate for the interpretation or modification of this Judgment, or for the enforcement of compliance therewith.

### V. Controlling Law

The terms of the Judgment shall be interpreted and construed in accordance with the law of the State of Tennessee, without regard to choice of law principles.

### VI. Complete Settlement

A. The entry of the foregoing Judgment shall constitute a final judgment and order in this Action with respect to the Parties.

B. The Agreement executed by the Parties concurrently with the Stipulation shall survive the entry of this Judgment, and BBI shall be entitled to enforce all of its rights pursuant to such Agreement and this Judgment.

Dated: June 2, 2014

**SO ORDERED:**

_____
Honorable Josephine L. Staton
United States District Judge